IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AIDIGITAL OPERATING LLC<br><br>        Plaintiff.<br><br>        v.<br><br>KYLE KUCHERA, NOAH HELD, MICHAEL BURNS, MAVERN MEDIA LLC, AND KUCHERA/HELD LLC<br><br>        Defendants. | Civil Action No. 23-cv-11076 (AS) |

**ORDER TO UNSEAL**

Upon the Court's Order to Show Cause, and after considering Plaintiff's letter dated January 10, 2024; and after due deliberation; and good and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1. This case, Civil Action No. 23-cv-11076 (AS), is unsealed and the docket for this case is unsealed.

2. However, the individual docket entries will remain sealed, and shall not be publicly accessible, until the court rules on Plaintiff's forthcoming motion to keep portions of certain of the docket entries under seal.

SO ORDERED at New York, New York, this 12th day of January, 2024.

_____
Judge Arun Subramanian, United States District Court Judge