IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AIDIGITAL OPERATING LLC<br><br>　　　　　　　　Plaintiff.<br><br>　　v.<br><br>KYLE KUCHERA, NOAH HELD, MICHAEL BURNS, MAVERN MEDIA LLC, AND KUCHERA/HELD LLC<br><br>　　　　　　　　Defendants. | Civil Action No. 23-cv-11076 (AS)<br><br>**ORDER TO UNSEAL** |

Upon the Court's Order to Show Cause, and after considering Plaintiff's letter dated January 10, 2024; and Defendants having filed no opposition letter; and after due deliberation; and good and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1. This case, Civil Action No. 23-cv-11076 (AS), is unsealed and will be made available on CM/ECF.

2. The filings made to date were either made by paper or email. The parties shall upload those filings to CM/ECF, and may redact documents and file exhibits under seal as necessary.

3. Any objections to redactions or sealed exhibits must be made within fourteen (14) days from the date the document is filed.

SO ORDERED at New York, New York, this 18 day of January, 2024.

_____
Hon. Arun Subramanian, United States District Judge