# EXHIBIT C

| | |
|---|---|
| **From:** | Eymard Ventura <eymard.v.ventura@gmail.com> |
| **To:** | stephen |
| **Sent:** | 12/13/2023 11:25:41 PM |
| **Subject:** | Re: Issue regarding your employees |

Hey Stephen sorry for the late reply. If you want to shoot me your number I can text you when Im free and we can try to connect that way.
Thank you.

On Sun, Dec 10, 2023 at 11:53 AM Stephen Magli <stephen@aidigital.io> wrote:
Hi eymard,

Checking in to see if you're around today to connect?

Thanks,
Stephen

Sent from my iPhone

On Dec 8, 2023, at 2:21 PM, Stephen Magli <stephen@aidigital.io> wrote:


Eymard,

I can make time whenever.  Do you want to just give me your number and I can text you?  No pressure, at all can wait for your call as well, I want ot be respectful and understand you want to not get roped into this too detailed.

-Stephen

On Fri, Dec 8, 2023 at 2:17 PM Eymard Ventura <eymard.v.ventura@gmail.com> wrote:
Hey Stephen
I was hoping you reach out yesterday. Are you around this weekend?
Thanks

On Fri, Dec 8, 2023 at 7:57 AM Stephen Magli <stephen@aidigital.io> wrote:
Hi Eymard,

Wanted to check in if you still have time to connect? I don't think I received a call from you, but my have missed it.  Let me know.

-Stephen

On Tue, Dec 5, 2023 at 10:48 PM Eymard Ventura <eymard.v.ventura@gmail.com> wrote:
You're welcome thats good to know. I will give you a heads up ahead of time either tomorrow or Thursday.
Thanks

On Tue, Dec 5, 2023 at 10:47 AM Stephen Magli <stephen@aidigital.io> wrote:
Ok Thank you, please keep me posted.

Once again appreciate your help, you saved me a lot of time and potential headaches and its not lost on me.

-Stephen

**1**

On Tue, Dec 5, 2023 at 10:42 AM Eymard Ventura <eymard.v.ventura@gmail.com> wrote:
Hey Stephen,
Today is tough for me but I will definitely reach out sometime this week.
Thanks

On Tue, Dec 5, 2023 at 8:08 AM Stephen Magli <stephen@aidigital.io> wrote:
Hi Eymard,

Wanted to see if you had time to connect today?   My number is 516-816-8519 if you ever want to just call me as well

Thanks,
Stephen

On Fri, Dec 1, 2023 at 9:33 PM Stephen Magli <stephen@aidigital.io> wrote:
Eymard,

No problem, appreciate you getting back to me.

When's best for you? I can make time whenever including this weekend if you're around.

- Stephen Magli

Sent from my iPhone

On Dec 1, 2023, at 9:20 PM, Eymard Ventura <eymard.v.ventura@gmail.com> wrote:


Hi Stephen,
Sorry for the delay. I've been travelling this week and just returned. I would be open to speaking if you still would like to.
Thanks


On Mon, Nov 27, 2023 at 9:40 PM Stephen Magli <stephen@aidigital.io> wrote:
Hi,

Would really prefer to discuss on the phone. I'm ok with using some sort of encrypted app if you'd rather stay annontmous etc.

Once again I get that you probably go to this club a lot and the last thing you want is to be involved in some random dispute where now you feel uncomfortable going to the club etc when you were just trying to pay it forward and do right thing

Open to communicate however you want and I promise this isn't a gotcha just would rather go on a quick call.

Let me know

- Stephen

Sent from my iPhone

2

On Nov 27, 2023, at 9:17 PM, Eymard Ventura <eymard.v.ventura@gmail.com> wrote:

Hey Stephen,
That helps to know. If you can give me some brief idea of how a call would further help you, it would likely help me make a decision.
Thanks

On Mon, Nov 27, 2023 at 4:11 PM Stephen Magli <stephen@aidigital.io> wrote:
Eymard,

Totally understand, I know you don't know me, but I wouldn't involve you in legal action without your approval and I am not sure I even can involve you to be honest.

End of the day you did me and the company a huge favor and a solid, so the last thing I would do is put you in a situation you don't want to be in. I owe you big time.

Let me know if you're open for a call as I am just trying to collect everything in one place. Regardless, I really really appreciate the help.

-Stephen Magli



On Mon, Nov 27, 2023 at 3:58 PM Eymard Ventura <eymard.v.ventura@gmail.com> wrote:
Give me another day or so to get back to you. Obviously I want to help you out but am concerned about what I may be opening myself up to if you are facing legal action etc. I have reached out to an individual in my network to ask a few questions around this.
Thanks

On Mon, Nov 27, 2023 at 3:07 PM Stephen Magli <stephen@aidigital.io> wrote:
I found it. Let me know if you have time today still

On Sun, Nov 26, 2023 at 11:49 PM Eymard Ventura <eymard.v.ventura@gmail.com> wrote:
Its Mavern, not Maven, give that a try. I should be able to do that tomorrow. I will confirm in the morning, thanks.

On Sun, Nov 26, 2023 at 11:16 PM Stephen Magli <stephen@aidigital.io> wrote:
Do you have time for a 5 minute call tomorrow? I will make myself available whenever, easier to explain on phone.

When I google this is what comes up for me, are you seeing something different?
<image.png>


On Sun, Nov 26, 2023 at 11:14 PM Eymard Ventura <eymard.v.ventura@gmail.com> wrote:
Possibly, but I am not sure what I would be able to offer additionally. If you can explain how a face to face would further help you I can certainly consider it. In regards to the reviews, if you google either "Mavern Media Philadelphia" or "Mavern Marketing Philadelphia" the business name should come up on the right, and right under the name you can click on the two reviews. If you cannot find it I will take a screenshot.

3

Thanks

On Sun, Nov 26, 2023 at 10:56 PM Stephen Magli <stephen@aidigital.io> wrote:
Eymard,

Once again appreciate it.  Would you mind sending me the review, I can't seem to find it.

 If I were to come to Philly, would you be open to meeting me face to face over coffee or lunch this week?

Once again, I am not trying to be pushy here, just trying to gather all details so that I can pursue the right action.  Right now I am in a rock and a hard place, knowing that what you're saying is true, but with not enough information to prove it and pursue the appropriate legal action to get an injunction and litigate etc.

- Stephen

On Sun, Nov 26, 2023 at 10:41 PM Eymard Ventura <eymard.v.ventura@gmail.com> wrote:
Hi Stephen,
I will circle back with my work colleague who was with me that day and see if he has any additional details. From what I gathered they are pretty deliberate about making sure their names are not tied to the business. The one guy who is listed is definitely the third person I mentioned.  I did a little googling and found a website for the company mavernmarketing.com. One interesting thing I noticed is the company has two google reviews, and one of which is from one of the guys girlfriend who I see at the club all the time. That business is listed as closed and seems to be now operating as this one https://www.mavernmedia.com/.
Both your name and AI digital were mentioned. I did not really notice what kind of computers they were using, but I believe they only had one each. If you wanted to tell me what to look for I would be happy to.  I see them working at the club quite often. Lastly no need to do anything for me, I hope it all works for you.
Thanks

On Sun, Nov 26, 2023 at 4:14 PM Stephen Magli <stephen@aidigital.io> wrote:
Also did you happen to see if they had second devices on them or were using their regular computers? Any details like this could be helpful.

Sorry for all the back and forth, just trying to gather everything I can.

-Stephen

On Sun, Nov 26, 2023 at 4:11 PM Stephen Magli <stephen@aidigital.io> wrote:
Also was my name  personally mentioned or Ai Digital?

On Sun, Nov 26, 2023 at 4:10 PM Stephen Magli <stephen@aidigital.io> wrote:
Eymard,

Really appreciate this more than you know, I am currently looking into this whole thing and am trying to gather the proof I need to take appropriate action. Unfortunately, there is nothing directly tying them to Mavern Media yet so I am going through the process to try and figure that out now and how to prove it.

Is there anything else you can think of that will be helpful to help prove this out?  Also is there anything I can do to help you personally?

- Stephen

On Sun, Nov 26, 2023 at 3:54 PM Eymard Ventura <eymard.v.ventura@gmail.com> wrote:
Hey Stephen,
Absolutely no sweat at all. I had something very similar happen to me in the past so that motivated me to reach

**4**

out. The name of the third person who does not work for you is Michael, I dont have a last name. I knew they worked for AI digital because it was clearly explained to the fourth person that day and your name was brought up numerous times. As far as finding your email address, I just did a google search and found a few references, your company site as well as crunchbase I believe. I dont recall how I determined the format of your company addresses, generally it is either firstname dot lastname or just firstname. Best
Eymard

On Tue, Nov 21, 2023 at 2:23 PM Stephen Magli <stephen@aidigital.io> wrote:
Eymard,

First off I really appreciate the help. I would like to at some point buy you a nice dinner or get you a gift or something as this is beyond appreciated

Two questions- do you happen to have anymore info on the third person is or Mavern marketing
2- how did you know they worked at Ai digital and were able to find my email address?

This is awful news to hear on my side and I need to do a thorough investigation, but I can't tell you how appreciative I am for letting me know. Candidly I am quite sad as I cared for and really trusted these guys

- Stephen

Sent from my iPhone

On Nov 21, 2023, at 2:02 PM, Eymard Ventura <eymard.v.ventura@gmail.com> wrote:


Hey Stephen, my apologies but I am going to be getting out of town a little earlier for the holiday today than I was planning. Also after thinking this through I would prefer not to hold a meeting about this matter. It makes me a bit uneasy to get too involved. I had a similar thing done to me which is why I took the time to find your information and send you a message. In regards to additional context I can try my best. I see these three individuals working often at my club in Philadelphia. On this occasion we were situated in the cafe where I was able to hear this conversation clearly and this is what I gathered:
Three people (the ones I see often) are running a side business called Mavern Marketing. During this meeting the three of them were explaining the business to a fourth person who it seemed like was being brought on board to join the team. Two of them work for your company and one does not. The person who does not is the only one whos name and information is advertised publicly on the website etc so as to hide the two that work for your company. Unfortunately most of the technicalities of what they are doing were over my head but the term arbitrage was used quite a bit as well as ensuring that nobody at your company would be able to find out this is going on because of the fact that this business leverages resources from AI Digital. It was clear that it was a shady secretive operation.

If you have more questions, I can try my best but that is really all I gathered. I will be travelling from today through the weekend.
Thanks

On Tue, Nov 21, 2023 at 10:41 AM Stephen Magli <stephen@aidigital.io> wrote:
Hi eymard,

Making sure you got the invite. Looking forward to connecting at 5

Sent from my iPhone

On Nov 20, 2023, at 12:46 PM, Stephen Magli <stephen@aidigital.io> wrote:

5

That works I'll send an invite. Would you rather do a hang out call or I call you directly?

Thanks again,
Stephen

Sent from my iPhone

On Nov 20, 2023, at 10:31 AM, Eymard Ventura <eymard.v.ventura@gmail.com> wrote:


Good morning
Im not today but could do that time tomorrow. Let me know if that works for you.
Thanks

On Mon, Nov 20, 2023 at 7:28 AM Stephen Magli <stephen@aidigital.io> wrote:
Eymard,

No worries at all, appreciate the response. Are you around at 5 EDT today?

On Sun, Nov 19, 2023 at 10:59 PM Eymard Ventura <eymard.v.ventura@gmail.com> wrote:
Hey there,
My apologies, these were ending up in my spam. I could connect tomorrow if you would like, just let me know.
Thanks


On Fri, Nov 17, 2023 at 1:09 PM Stephen Magli <stephen@aidigital.io> wrote:
Hi Eymard,

I wanted to follow up and see if you had time to quickly connect. I really appreciate your help and am just seeing if I can get five minutes of your time. Please let me know.

Thanks,
Stephen

On Tue, Nov 14, 2023 at 3:21 PM Stephen Magli <stephen@aidigital.io> wrote:
Hi Eymard,

Sorry to be so pushy but wanted to follow up and see if you had 5 minutes for a quick call?

I really appreciate your note and giving me heads up, and just wanted to see if you could explain the context a bit better.  I just want to be super accurate with any decision I make and talking to you could potentially save me hours and hours of time and it would be beyond helpful.

Totally understand you probably don't want to be involved and other than a quick call I would have no intention of involving you either. Please let me know if you have a few minutes.

Thanks,
Stephen Magli

On Mon, Nov 13, 2023 at 9:14 PM Stephen Magli <stephen@aidigital.io> wrote:
Hi Eymard,

6

Wanted to check back in on this and see if you have time for a brief call? I totally understand you were doing me a solid and are not trying to get involved, I just want to understand the context a bit better.

I can make myself available

Thanks,
Stephen Magli

On Mon, Nov 13, 2023 at 10:28 AM Stephen Magli <stephen@aidigital.io> wrote:
Hi Eymard,

Appreciate the note. Do you have time for a quick call today?

Thanks so much.

-Stephen

On Sun, Nov 12, 2023 at 11:27 PM Eymard Ventura <eymard.v.ventura@gmail.com> wrote:
Dear Mr Magli,
I thought you may be interested in a conversation I overheard recently. Two of your employees in Philadelphia (Kyle is one and I did not catch the others name) are running a side business and leveraging your platform and connections to do so, basically stealing from you. I just figured I would do you a solid and key you into that fact.
Best
Eymard

--



**Stephen Magli**
CEO & Founder
516.816.8519 | stephen@aidigital.io
New York | aidigital.io | LinkedIn

--



**Stephen Magli**
CEO & Founder
516.816.8519 | stephen@aidigital.io
New York | aidigital.io | LinkedIn

--



**Stephen Magli**
CEO & Founder
516.816.8519 | stephen@aidigital.io
New York | aidigital.io | LinkedIn

--

7



**Stephen Magli**
CEO & Founder
516.816.8519 | stephen@aidigital.io
New York | aidigital.io | LinkedIn

--



**Stephen Magli**
CEO & Founder
516.816.8519 | stephen@aidigital.io
New York | aidigital.io | LinkedIn

--



**Stephen Magli**
CEO & Founder
516.816.8519 | stephen@aidigital.io
New York | aidigital.io | LinkedIn

--



**Stephen Magli**
CEO & Founder
516.816.8519 | stephen@aidigital.io
New York | aidigital.io | LinkedIn

--



**Stephen Magli**
CEO & Founder
516.816.8519 | stephen@aidigital.io
New York | aidigital.io | LinkedIn

--



**Stephen Magli**
CEO & Founder
516.816.8519 | stephen@aidigital.io
New York | aidigital.io | LinkedIn

--


**Stephen Magli**
CEO & Founder
516.816.8519 | stephen@aidigital.io
New York | aidigital.io | LinkedIn

--


**Stephen Magli**
CEO & Founder
516.816.8519 | stephen@aidigital.io
New York | aidigital.io | LinkedIn

--


**Stephen Magli**
CEO & Founder
516.816.8519 | stephen@aidigital.io
New York | aidigital.io | LinkedIn

--


**Stephen Magli**
CEO & Founder
516.816.8519 | stephen@aidigital.io
New York | aidigital.io | LinkedIn

--


**Stephen Magli**
CEO & Founder
516.816.8519 | stephen@aidigital.io
New York | aidigital.io | LinkedIn

--


**Stephen Magli**
CEO & Founder
516.816.8519 | stephen@aidigital.io
New York | aidigital.io | LinkedIn

--

9

**Stephen Magli**
CEO & Founder
516.816.8519 | stephen@aidigital.io
New York | aidigital.io | LinkedIn

**10**