# EXHIBIT D



...ania Government Website

| Business | UCC | Trademark | CROP |

**Mavern Marketing LLC (13504820)**

Request Certificate

| | |
|---|---|
| Initial Filing Date | 06/22/2023 |
| Status | Active |
| Formed In | PENNSYLVANIA |
| Filing Type | Domestic Limited Liability Company |
| Filing Subtype | Limited Liability Company |
| Registered Office | United States Corporation Agents, Inc. County: LEHIGH |

View History          Request Access

Home
Search
Initial Forms
Help