# EXHIBIT E



YOUR SEARCH FOR DIGITAL MARKETING & WEB DESIGN EXPERTS IS OVER.

Schdeule A Demo

Our Trusted Partnerships

  

# FUN FACTS

**106**
HAPPY CLIENTS

**9-10X**
Average ROAS

**110**
SEO CAMPAIGNS

**1603**
CUPS OF COFFEE



developers who are passionate about delivering results that exceed our clients' expectations. From display and retargeting ads, to search engine optimization (SEO) and pay-per-click (PPC) advertising, we have the expertise and tools to help businesses of all sizes succeed in today's competitive online marketplace.

**Click to see why we stand out as experts!**

Our belief is that every business deserves the opportunity to succeed online. That's why we work closely with our clients to understand their goals, target audience, and unique value proposition. By taking a data-driven approach and leveraging the latest digital marketing technologies, we help businesses increase their online visibility, drive more traffic to their website, and ultimately, generate more leads and sales.

Whether you're just starting out or looking to take your online presence to the next level, **Mavern Marketing** can help.

**Contact us today** to learn more about our services and how we can help your business succeed in the digital age.

Schedule A Demo





### Programmatic Ads

Whether is DID, Retargeting or Geo Fencing, our **Programmatic Ads** can deliver to a hyper focused audience. Great for brand awareness.



### Email Marketing

Our **Email Marketing** is more than just management - it's using programmatic tools to target audiences who may want your product or service.



### Website Dev & Design

Whether it's an easy landing page or a custom **Website** - our team can deliver professional, mobile friendly solutions.

**Click for more services**

**Get A Free SEO Audit On Us!**

Award Winning

# Custom Web & Design

From tech startups to small businesses, we have made some killer websites that **ACTUALLY** convert. From landing pages to fully custom, we can get your site up and running in weeks. Click below and lets talk about getting you started. **Learn more here**

Schedule A Demo



# WHY US

We eat, sleep and breath digital marketing. With over **20+ years of experience**, our team delivers full service solutions by first understanding our clients needs and goals. We start with an initial consult and get to know your services or products, only then do we construct a completely custom, data driven proposal to match your goals. From there we simply delight with our results and relationship building.

## Our Proven 10x ROI Process

**1. Initial Consult**

We start with a deep-dive consultation to better understand your business and goals.

**2. Create Custom Plan**

Our next step comprises of data driven analytics and competition overviews - what can make you stand out?

**3. Launch Campaigns**

After a thorough deep dive we compile and present our custom plan fit for your business's needs.

Schedule A Demo

## Want to join our referral program?

Learn More

# SOME OF OUR CLIENTS

From ecommerce to services, we have created amazing campaigns that deliver results, not empty promises.

   

What are Clients think of us

---

CASE STUDIES



### Mortgage Lender SEO Case Study

Mavern Marketing was tasked with improving keyword rankings and core terms related to each of their loans. Over 1 year we were able to boost content that brought in more quality of traffic and **generated over $12m in loans**.

---

OUR TEAM

**Michael Burns Co-founder**
"We will always be results driven for our clients - period"

**EXPERIENCE MATTERS.**

We bring over 20+ years of experience in both creating strategy and executing campaigns. Our promise is to deliver amazing results paired with exceptional service and accountability.



# Contact Info

## Address

Silver Lake Executive Campus
41 University Dr.
Newtown, PA 18940

## Contact

267-217-6092

info@mavernmarketing.com

## Hours

Mon - Fri     8:00 am – 6:00 pm



Office
Headquarters
Directions

Map data ©2023 Google    500 m

## GET IN TOUCH

Enter Your Name *

[ Name ]

Enter Your Email *

[ Email ]

Phone

[ Phone ]

Enter Your Subject

[ Subject ]

Enter Your Message

We can't wait to hear from you. Let's start talking about how Mavern Marketing can help grow your business online. To get things started let us offer you a free SEO audit on us!

