# EXHIBIT F

 Search: mavern marketing philadelphia

All | News | Maps | Images | Videos | More | Tools | SafeSearch

Did you mean: **maven** marketing philadelphia

 Mavern Marketing
https://www.mavernmarketing.com
**Mavern Marketing: Digital Marketing Experts**
Based out of **Philadelphia**, PA, we are a leading digital **marketing agency** ... Let's start talking about how **Mavern Marketing** can help grow your **business** online.

 LinkedIn · Mavern Media
6 followers
**Mavern Media**
**Mavern Marketing** is now **Mavern Media**. We're evolving to better serve your ... **Advertising** Services. **Philadelphia, Pennsylvania** · One Day **Agency**. **Advertising** ...

 Google
https://mavern-marketing.business.site
**Mavern Marketing - Internet Marketing Service in Philadelphia**
A full service digital **marketing agency** that is results driven and client focused. We specialize in strategy, creation and implementation of various digital ...

 LinkedIn · Mavern Marketing
1 followers
**Mavern Marketing - Marketing Director - Dental Revenue**
Philadelphia, Pennsylvania, United States · Marketing Director · Dental Revenue. **Mavern Marketing**. **Marketing** Director at Dental Revenue. Dental Revenue. **Philadelphia, Pennsylvania**, United States. 1 follower. See your mutual connections ...

 Yelp
https://m.yelp.com › ... › Mavern Marketing
**MAVERN MARKETING - 41 University Dr, Newton ...**
Apr 25, 2023 — 41 University Dr. Ste 400. Newton, PA 18940. Penn Center, Logan Square ; (267) 217-6092 ; Visit Website. https://www.mavernmarketing.com ; More ...

 Clutch
https://clutch.co › profile › mavern-marketing
**Mavern Marketing Reviews | Verified Client Reviews**
Apr 15, 2023 — Read detailed, verified, client reviews about **Mavern Marketing**. "Their support and communication were superb."
 1 review

 Cylex USA
https://www.cylex.us.com › company › mavern-marketin...
▷ **Mavern Marketing, Philadelphia, PA - Cylex Local Search**
Check Mavern **Marketing** in **Philadelphia**, PA, **Market** Street on Cylex and find ☎ (267) 217-6..., contact info.

ShowMeLocal
https://www.showmelocal.com › 36547387-mavern-...
**Mavern Marketing - Newton, PA 18940 - (267)217-6092**
As a full-service **marketing agency,** we blend creativity, data-driven insights, and industry expertise to craft customized solutions that resonate with your ...


See outside

## Mavern Marketing
5.0 ★★★★★ 2 Google reviews

Internet marketing service in Philadelphia, Pennsylvania

**Permanently closed**

 Website    Save    Call

**Address:** 2400 Market St, Philadelphia, PA 19103
**Phone:** (267) 217-6092

Suggest an edit · Own this business?

**Reviews**
Google reviews ⓘ

5.0 ★★★★★ 2 Google reviews

 Mavern Marketing
on Google



In the bustling digital landscape, the art of customer retention is a game-changer....
Jul 16, 2023
Learn more


View all

📲 Send to your phone

**From Mavern Marketing**

"At Mavern Marketing, we are dedicated to propelling your new heights through innovative marketing strategies that and deliver tangible results. As a full-service marketing ag creativity, data-driven insights,... More