

# EXHIBIT G