# **EXHIBIT H**

INTERNET ARCHIVE WAYBACK MACHINE
https://www.mavernmarketing.com/
3 captures
11 May 2023 - 4 Oct 2023
Go
MAY JUL OCT
26
2022 2023 2024
About this capture

# Mavern Marketing

info@mavernmarketing.com     267-217-6092



# RESULTS DRIVEN CLIENT FOCUSED

YOUR SEARCH FOR DIGITAL MARKETING & WEB DESIGN EXPERTS IS OVER

Schdeule A Demo

## Our Trusted Partnerships

   Microsoft Advertising

—

# FUN FACTS

**106**
HAPPY CLIENTS

**9-10X**
Average ROAS

**110**
SEO CAMPAIGNS

**1603**
CUPS OF COFFEE

## Digital Marketing is our passion. Not our hobby.

An agency built **BY** business founders, **FOR** business founders.

Based out of Philadelphia, PA, we are a leading digital marketing agency that offers a range of services to help businesses grow and achieve their goals. We specialize in creating customized marketing strategies and amazing website designs that are tailored to meet the unique needs of each client.

We are a team of experienced marketers, designers, and developers who are passionate about delivering results that exceed our clients' expectations. From search engine optimization (SEO) and pay-per-click (PPC) advertising to social media marketing, content creation and web design, we have the expertise and tools to help businesses of all sizes succeed in today's competitive online marketplace.

**Click to see why we stand out as experts!**

Our belief is that every business deserves the opportunity to succeed online. That's why we work closely with our clients to understand their goals, target audience, and unique value proposition. By taking a data-driven approach and leveraging the latest digital marketing technologies, we help businesses increase their online visibility, drive more traffic to their website, and ultimately, generate more leads and sales.

Whether you're just starting out or looking to take your online presence to the next level, **Mavern Marketing** can help.

**Contact us today** to learn more about our services and how we can help your business succeed in the digital age.

Schedule A Demo

# Our Key Services

Whether it's Local SEO, Organic SEO, PPC, Social or Geo Fencing ads, our experienced Campaign Managers have run thousands of campaigns that produce identifiable results. Ongoing optimization and metric driven growth is our marketing .



### SEO

**Local & Organic SEO** via thorough keyword research, proper link building and on page 7 off page optimization.



### PPC / SEM

Reach your customers quickly with **PPC**, via our precise data driven campaigns. We are also a **Premier Google Partner**.



### Social Ads

If you are ready to expand your audience with **Social Ads**, our team can highly target your audience to build customers and brand.





### Programmatic Ads

Whether is DID, Retargeting or Geo Fencing, our **Programmatic Ads** can deliver to a hyper focused audience. Great for brand awareness.

### Email Marketing

Our **Email Marketing** is more than just management - it's using programmatic tools to target audiences who may want your product or service.

### Website Dev & Design

Whether it's an easy landing page or a custom **Website** - our team can deliver professional, mobile friendly solutions.

[Click for more services](#)

[Get A Free SEO Audit On Us!](#)

**Award Winning**

# Custom Web & Design

From tech startups to small businesses, we have made some killer websites that **ACTUALLY** convert. From landing pages to fully custom, we can get your site up and running in weeks. Click below and lets talk about getting you started. [Learn more here](#)

[Schedule A Demo](#)

---

# WHY US

We eat, sleep and breath digital marketing. With over **20+ years of experience**, our team delivers full service solutions by first understanding our clients needs and goals. We start with an initial consult and get to know your services or products, only then do we construct a completely custom, data driven proposal to match your goals. From there we simply delight with our results and relationship building.

## Our Proven 10x ROI Process

**1. Initial Consult**

We start with a deep-dive consultation to better understand your business and goals.

**2. Create Custom Plan**

Our next step comprises of data driven analytics and competition overviews - what can make you stand out?

**3. Launch Campaigns**

After a thorough deep dive we compile and present our custom plan fit for your business's needs.

[Schedule A Demo](#)

## Want to join our referral program?

[Learn More](#)

## SOME OF OUR CLIENTS

From ecommerce to services, we have created amazing campaigns that deliver results, not empty promises.

   

## What are Clients think of us

### 7 Month Campaign - Display / Device

Over 7 months Mavern Marketing combined Display with Device ID to target specific behavior demographics and locations. Targets were narrowed down to individuals in market for home building and construction. With CRM data of our audience we were able to drive **58 new home sales** for our client.

## OUR TEAM

EXPERIENCE MATTERS.

 

**Michael Burns Co-founder**
"We will always be results driven for our clients - period"

We bring over 20+ years of experience in both creating strategy and executing campaigns. Our promise is to deliver amazing results paired with exceptional service and accountability.

# Contact Info

## Address

1919 Market St, Unit 2602
Philadelphia, PA 19103

## Contact

267-217-6092

info@mavernmarketing.com

## Hours

Mon - Fri    8:00 am – 6:00 pm

---

# GET IN TOUCH

**Enter Your Name** *

[Name]

**Enter Your Email** *

[Email]

**Phone**

[Phone]

**Enter Your Subject**

[Subject]

**Enter Your Message**

[Message]

Submit

We can't wait to hear from you. Let's start talking about how Mavern Marketing can help grow your business online. To get things started let us offer you a free SEO audit on us!

Case 1:23-cv-11076-AS    Document 18-8    Filed 01/18/24    Page 7 of 7

