# EXHIBIT I

        



# Mavern Media

Powering the World of Programmatic With Data Driven Decisions.

Technology, Information and Media · Philadelphia , PA · 8 followers · 2-10 employees

  More

Home    **About**    Posts    Jobs    People

## Overview

Whether it's Programmatic Media Buying or Data Curation, our team has executed thousands of initiatives that yield quantifiable outcomes.

Custom algorithms anchored in data analytics and metric-driven scaling forms the cornerstone of our media strategies.

**Website**
www.mavernmedia.com

**Phone**
267-217-6092

**Industry**
Technology, Information and Media

**Company size**
2-10 employees
3 associated members

**Headquarters**
Philadelphia , PA

**Founded**
2022

**Specialties**
media, programmatic, paid ads, marketing, OTT, CTV, Display, and Retargeting

## Locations (1)

Primary
**Headquarters**
1919 West Marketi St. , Philadelphia , PA 19103, US

Get directions





No locations to preview

| | | | | |
|---|---|---|---|---|
| About | Accessibility | Talent Solutions | Questions?<br>Visit our Help Center. | Select Language |
| Community Guidelines | Careers | Marketing Solutions | | English (English) ▼ |
| Privacy & Terms ▼ | Ad Choices | Advertising | Manage your account and privacy<br>Go to your Settings. | |
| Sales Solutions | Mobile | Small Business | | |
| Safety Center | | | Recommendation transparency<br>Learn more about Recommended Content. | |

LinkedIn Corporation © 2023

---

Ad  •••

Rasmeet K., reduce your time to hire now.

**Talk to consultant**

---

### Pages people also viewed

**NCV** **Next Click Ventures**
Technology, Information and Internet
18 followers

\+ Follow

**MAVEN** **Maven South West**
Financial Services
94 followers

\+ Follow

**Club & Court**
Retail Apparel and Fashion
67 followers

\+ Follow

Show all →



