# EXHIBIT J

23:55

## Locations

Primary

1919 West Marketi St.
Philadelphia , PA 19103, US

Get directions

## Employees at Mavern Media


**Michael Burns**
Director of BD | Digital Supply Chain…


**Lance Phillips**
Programmatic Lead at Mavern Media

See all employees

Join to see who you already know at Mavern Media

Join now    Sign in

linkedin.com