**DOCUMENT FILED UNDER SEAL**
**EXHIBIT L TO DECLARATION OF STEPHEN J. MAGLI**