# EXHIBIT M



