# EXHIBIT N

# Audit Logs

View user actions taken in your HubSpot account over the last 90 days

Category **CRM Object** ▾   Subcategory **All** ▾   Action **Delete** ▾   Modified by **Kyle Kuchera** ▾

Date 📅 MM/DD/YYYY  to  📅 MM/DD/YYYY   Clear filters

[Export report]

| CATEGORY | SUBCATEGORY | ACTION | MODIFIED BY | DATE OF CHANGE | SOURCE |
|---|---|---|---|---|---|
| CRM Object | Deal | Delete | Kyle Kuchera kyle@aidigital.io | Nov 29, 2023 9:21 AM EST | 11423930257 |
| CRM Object | Deal | Delete | Kyle Kuchera kyle@aidigital.io | Nov 17, 2023 10:28 AM EST | 11423836184 |
| CRM Object | Deal | Delete | Kyle Kuchera kyle@aidigital.io | Nov 16, 2023 5:05 PM EST | 16055851953 |
| CRM Object | Deal | Delete | Kyle Kuchera kyle@aidigital.io | Nov 13, 2023 1:21 PM EST | 15772883009 |
| CRM Object | Deal | Delete | Kyle Kuchera kyle@aidigital.io | Oct 10, 2023 5:37 PM EDT | 11423887971 |
| CRM Object | Deal | Delete | Kyle Kuchera kyle@aidigital.io | Oct 9, 2023 2:37 PM EDT | 15237938808 |
| CRM Object | Deal | Delete | Kyle Kuchera kyle@aidigital.io | Oct 9, 2023 8:25 AM EDT | 15447682644 |
| CRM Object | Deal | Delete | Kyle Kuchera kyle@aidigital.io | Sep 29, 2023 2:00 PM EDT | 13278459475 |
| CRM Object | Contact | Delete | Kyle Kuchera kyle@aidigital.io | Sep 20, 2023 8:40 AM EDT | 11401 |
| CRM Object | Task | Delete | Kyle Kuchera kyle@aidigital.io | Sep 14, 2023 6:19 PM EDT | 39746401700 |

‹ Prev   Next ›   10 per page ▾