**DOCUMENT FILED UNDER SEAL**
**EXHIBIT O TO DECLARATION OF STEPHEN J. MAGLI**