**DOCUMENT FILED UNDER SEAL**
**EXHIBIT P TO DECLARATION OF STEPHEN J. MAGLI**