**DOCUMENT FILED UNDER SEAL**
**EXHIBIT Q TO DECLARATION OF STEPHEN J. MAGLI**