# EXHIBIT R





2



**3**



4



youve grown so much ❤️, need to get ben at this level

**Noah Held** 3:26 PM
I think we have such a leg up by educating sellers so they can speak intelligently

We can really 10x all these other pmp sales teams efforts

Andrew said lotame is starting a team and highlighted us and audigent

It will take them 12-18 months just to figure out the basics

**Stephen Magli** 3:27 PM
and you think theyll struggle

**Noah Held** 3:27 PM
Yeah

**Stephen Magli** 3:27 PM
just because they didnt have our learnings etc?

**Noah Held** 3:27 PM
Such a learning curve

100%

**Stephen Magli** 3:27 PM
so this is waht yo uwere talking about though in the summit?

**Noah Held** 3:28 PM
And they are going to keep everyone in dark

Yup

Not even worried about them

We did almost 20% of audigents revenue in year 1 that involved a 6month learning curve for Kyle and I and they have 30x the staff and 100 pmp sellers

Only true competition at this point is the exchanges themselves who will never say no to incremental demand to platform

[redacted] said we make him look like a rockstar

**Stephen Magli** 3:56 PM
[redacted] is our dude?

**Noah Held** 3:56 PM
Yup

**Stephen Magli** 3:56 PM
how long have we known him?

recent right?

**Noah Held** 3:59 PM
8 months now

Maybe 7

5