UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AIDIGITAL OPERATING LLC,<br><br>         Plaintiff,<br><br>    -against-<br><br>KYLE KUCHERA et al.,<br><br>         Defendants. | 23-CV-11076 (AS)<br><br>Order |

ARUN SUBRAMANIAN, United States District Judge:

  For the reasons stated on the record at the August 7, 2024 hearing, the motion to dismiss is denied, and all motions in limine are denied.

  By 8:00 PM tonight (August 7, 2024), defendants are ordered to provide plaintiffs a copy of the relevant spreadsheet highlighting the line items included in their calculation of Kuchera's commissions.

  Defendants are also ordered to produce their expert, Mandeep Trivedi, for a supplemental one- to two- hour deposition by the end of this week.

  By 5:00 PM on August 8, 2024, Plaintiff should file a declaration on the docket remedying its jurisdictional allegations. By 5:00 PM on August 12, 2024, Plaintiffs should file a letter indicating whether they will be proceeding on their unjust-enrichment claim.

  The parties should order the transcript from today's hearing as well as the trial transcripts.

The Clerk of Court is directed to terminate the motions at Dkts. 106, 127, 130, 133, 135.

SO ORDERED.

Dated: August 7, 2024
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge